UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

AQUA MASTER ENTERPRISE, INC.
d/b/a AQUA MASTER WATCH,

                                  Plaintiff,

                    - against -

KISEAN ANDERSON a/k/a SEAN KINGSTON,
TIME IS MONEY ENTERTAINMENT LLC,
MAMA KINGSTON'S KITCHEN INC., JANICE
TURNER and JOHN DOE,

                                 Defendants.
------------------------------------------------------------------------X

Case No.: 16-CV-6776-LGS

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/20/18

      THIS MATTER having come before the Court upon an Order to Show Cause by Plaintiff, Aqua Master Enterprise Inc. d/b/a Aqua Master Watch, for entry of a default judgment on its claim against the Defendants, Kisean Anderson a/k/a Sean Kingston, Time Is Money Entertainment LLC, Mama Kingston's Kitchen Inc. and Janice Turner, pursuant to Fed. R. Civ. P. 55(b)(2); and

      The Court on January 19, 2017 having granted a default judgment (Docket #37) against Defendants Kisean Anderson a/k/a Sean Kingston, Time Is Money Entertainment LLC and Mama Kingston's Kitchen Inc., and granting a default judgment against Defendant, Janice Turner, to the extent of holding said Defendant in default of appearing and answering; and

      The Court by separate order dated January 19, 2017 having referred this matter to Magistrate Judge Henry B. Pitman for an inquest on damages; and

      The plaintiff having timely filed proposed Findings of Fact and Conclusions of Law; and

      Defendant, Janice Turner not having submitted in opposition thereto; and

      Magistrate Judge Henry B. Pitman having filed a Report and Recommendation dated January 30, 2018 (Docket #52) recommending that Plaintiff is entitled to judgment against

Defendant, Janice Turner, in the amount of $301,500 with interest thereon at the rate of nine percent (9%) per annum, and said Report and Recommendation having been served on Defendant, Janice Turner, pursuant to 28 USC 636(b) and the affidavit of service (Docket. #53) having been filed with the Clerk of the Court, and no objections to the Report and Recommendation of the Magistrate Judge having been filed by either party, it is therefore

ORDERED and ADJUDGED that the Report and Recommendation of the Magistrate Judge (Docket. #52) is adopted, confirmed and approved in all respects, and it is further

ORDERED and ADJUDGED that the Clerk of the Court is ordered to enter a default judgment in favor of Plaintiff and against Defendant, Janice Turner, on Count Two of the Complaint only, in the amount of $301,500, together with interest thereon at the rate of nine (9%) percent per annum from July 25, 2016, and it is further

ORDERED and ADJUDGED that no "John Doe" Defendants having been served with Summons and Complaint in this action, upon the entry of judgment against Defendant, Janice Turner, the Clerk of the Court is directed to close this case.

Dated: February 20, 2018
      New York, New York

                                             LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE