UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
AQUA MASTER ENTERPRISE, INC.
d/b/a AQUA MASTER WATCH,

                                 Case No.: 16-CV-06776-LGS

                    Plaintiff,

       - against -

KISEAN ANDERSON a/k/a SEAN KINGSTON,         **AFFIDAVIT**
TIME IS MONEY ENTERTAINMENT LLC,              **OF SERVICE**
MAMA KINGSTON'S KITCHEN INC., JANICE
TURNER and JOHN DOE,

                    Defendants.
----------------------------------------------------------------X

STATE OF NEW YORK   )
                             ss.:
COUNTY OF NASSAU   )

      SUSAN VILLECCO, being duly sworn, deposes and says: deponent is over eighteen (18) years of age; is not a party to the action and resides at Merrick, NY.

      On February 26, 2018 deponent served with within **Default Judgment dated February 21, 2018** by depositing a true copy thereof enclosed in a post-paid wrapper in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to the following entities at the last known address set forth after their names:

Janice Turner                                   Janice Turner
7119 Sunset Blvd., No. 588              2411 N.W. 138th Drive
Los Angeles, CA 90046                 Sunrise, FL 33323

                                                      _Susan Villecco_
                                                        SUSAN VILLECCO

Sworn to before me this
28th day of February, 2018

_Nicholas P. Otis_
Nicholas P. Otis
Notary Public, State of New York
No.: 02OT4854820
Qualified in Nassau County
Commission Expires February 24, 2022